UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/10
```

ROBERT COBB,

                Petitioner,

v.

DALE ARTUS, SUPERINDENTENT, CLINTON CORRECTIONAL FACILITY,

                Respondent.

08 Civ. 3955 (RO)

## ORDER

OWEN, District Judge:

*Pro se* Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, before Judge Stephen Robinson. Magistrate Judge Yanthis issued a Report and Recommendation on July 28, 2010, recommending that the petition be dismissed in its entirety. Petitioner did not submit objections to the Report and Recommendation. On August 26, 2010, this case was transferred to this Court.

The Court concurs with the Report and Recommendation of Magistrate Judge Yanthis, and hereby adopts it as the Order of this Court.

SO ORDERED.

October 26, 2010

                                            RICHARD OWEN
                                            UNITED STATES DISTRICT JUDGE